UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Joel Don Leonard, Debtor       )       Case No. 23-31393-KRH
                                      )       Chapter 13

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION
TO COMPEL TURNOVER OF EXEMPT FUNDS**

COMES NOW Suzanne E. Wade, Chapter 13 Trustee, and in response to the Debtor's Motion to Compel Turnover of Exempt Funds, states as follows:

1. The most recent confirmed Plan (the "Plan") in this case was filed March 18, 2024, and confirmed by Order entered May 8, 2024.

2. The Plan provides for monthly payments of $500.00 for a period of 60 months; as well as a lump sum payment of $55,000.00 in month 24; resulting in a total funding of $85,000.00, and payment of an estimated 100% dividend to unsecured creditors.

3. The Trustee received foreclosure proceeds in the amount of $64,893.30 from BWW Law Group on May 10, 2024.

4. The Trustee does not object to the Debtor's claimed exemption, however, the confirmed Plan provides for a lump sum payment, and directs the Trustee to disburse the funds received.

5. The Trustee is bound by the current confirmed Plan.

6. The Trustee would suggest the Debtor file an amended Plan acknowledging the funds received, and directing the Trustee as to how they should be distributed.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee respectfully moves the Court to deny the Debtor's Motion to Compel Turnover of Exempt Funds, and for such further and other relief as the Court deems necessary.

Date: June 13, 2024                         /s/ Suzanne E. Wade
                                            Suzanne E. Wade, Chapter 13 Trustee

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

## **CERTIFICATE OF SERVICE**

    I hereby certify a true copy of the foregoing TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO COMPEL TURNOVER OF EXEMPT FUNDS was served electronically or by first-class mail, postage prepaid, this 13th day of June, 2024, upon the following parties:

Joel Don Leonard
2402 Wanstead Court, Unit D
Henrico, VA 23238

John G. Merna, Counsel for Debtor
The Merna Law Group, P.C.
621 N. Lynnhaven Road
Virginia Beach, VA 23452
jmerna@mernalaw.com

Sara A. John, Counsel for Daimler Trust
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
sara_john@eppspc.com

Mary F. Balthasar Lake, Counsel for Truist Bank
BWW Law Group, LLC
8100 Three Chopt Road, Ste 240
Richmond, VA 23229
Mary.Lake@bww-law.com

Edward S. Whitlock, III, Counsel for Connects Federal Credit Union
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, VA 23060
ewhitlock@lawplc.com

                              /s/ Suzanne E. Wade
                                Suzanne E. Wade, Chapter 13 Trustee

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979